verted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

JUNE 26, 1946

**No. 51238.—SUIT 4523.—** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ —*United States v. Wm. A. Foster & Co., Inc. (Standard Rolling Mills, Inc.).* Reap. Dec. 6175 affirmed May 7, 1946. C. A. D. 336.

BEFORE THE FIRST DIVISION, JULY 8, 1946

**No. 51239.**—Protests 121175–K, etc., of B. Shackman & Co. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JULY 8, 1946

**No. 51240.**—Protests 867044–G, etc., of Judkins & McCormick Co. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consist of racello hats similar in all material respects to those the subject of Abstract 47291. Upon the established facts and following the cited authority the merchandise was held dutiable as claimed.

BEFORE THE FIRST DIVISION, JULY 12, 1946

**No. 51241.**—Protest 67242–K of Standard Import & Export Co. of China (New York).

Opinion by OLIVER, P. J. A sample of the merchandise received in evidence as exhibit 1 was submitted to the customs laboratory for analysis. The chemist's report, received in evidence as exhibit 2, showed that "The sample is composed entirely of synthetic phenolic resin. The resin is not serving as a binding agent." In accordance therewith and following Abstract 49907 the claim at 20 percent under paragraph 1558 was sustained.

**No. 51242.**—Protest 91268–K of Cohn & Rosenberger, Inc. (New York).

Opinion by OLIVER, P. J. At the trial a sample of the merchandise was received in evidence as exhibit 1. Plaintiff's witness testified that exhibit 1 was a genuine lapis lazuli and that the plaintiff company used the stones covered by this